# EXHIBIT 2

# Final Invoice

City of Jacksonville
Attn: Martha Foote
214 North Hogan Street Suite 1180
First Floor, Ed Ball Building
Jacksonville, Florida 32202
904.630.2489  Fax 904.255.4968
email PRR@coj.net

**DATE:** 9/10/2015
**INVOICE #** 2015-227534

**Bill To:**
Thomas Ingram
GCGA551

Regarding 1st PRR by Thomas O. Ingram

| DESCRIPTION | Quantity | Deduct | Units | Rate | AMOUNT |
|---|---|---|---|---|---|
| Public Record documents/research/staff time to pull requested info excluding first 30 minutes | 2 | 0.5 | 1.5 | 78.22 | $117.33 |
|  | 2 | 0 | 2 | 75.09 | $150.18 |
| Additional time required | 15 | 0 | 15 | 75.09 | $1,126.35 |
| Single Sided Pages |  |  |  | 0.15 |  |
| Double Sided Pages |  |  |  | 0.20 |  |
| CD (1 free) |  |  |  | 2.00 |  |
| DVD (1 free) |  |  |  | 5.00 |  |
| Shipping |  |  |  |  |  |
| 3 DVDs with information were already given to Mr. Ingram |  |  |  |  |  |
| TOTAL |  |  |  | Past Due | $1,393.86 |

Make money orders payable to **City of Jacksonville**
If you have any questions concerning this invoice, contact Martha Foote  904.630.7678

City of Jacksonville
Attn: Martha Foote
214 North Hogan Street Suite 1180
First Floor, Ed Ball Building
Jacksonville, Florida 32202
904.630.2489  Fax 904.255.4968
email PRR@coj.net

**DATE:** 11/30/2015
**INVOICE #** 2016-25219

**Bill To:**
Edward Cole
PDCMO11

| DESCRIPTION | Quantity | Deduct | Units | Rate | AMOUNT |
|---|---|---|---|---|---|
| Public Record documents/research/staff time to pull requested info excluding first 30 minutes | 1880.5 | 0.5 | 1880 | 11.43 | $21,488.40 |
| Previous charges submitted | | | | | $141.35 |
| Single Sided Pages | 58,750 | 10 | 58,740 | 0.15 | $8,811.00 |
| Files pulled from off-site storage | 3315 | | 3315 | 3.00 | $9,945.00 |
| Double Sided Pages | | | | 0.20 | |
| CD (1 free) | | | | 2.00 | |
| DVD (1 free) | | | | 5.00 | |
| Shipping | | | | | |
| **TOTAL** | | | | | $40,385.75 |

Make money orders payable to **City of Jacksonville**
If you have any questions concerning this invoice, contact Martha Foote  904.630.7678