UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ABILITY HOUSING, INC.,

      Plaintiff,

v.                              Case No.:     3:15-cv-1380-TJC-PDB

CITY OF JACKSONVILLE,

      Defendant.
_____/

DISABILITY RIGHTS FLORIDA, INC.,

      Plaintiff,

v.                              Case No.:     3:15-cv-1411-TJC-PDB

CITY OF JACKSONVILLE,

      Defendant.
_____/

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              Case No.:     3:16-cv-1563-TJC-PDB

CITY OF JACKSONVILLE, FLORIDA,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, ABILITY HOUSING, INC. and DISABILITY RIGHTS FLORIDA, INC., and

Defendant, CITY OF JACKSONVILLE, by and through undersigned counsel, and pursuant to

Rule 41(a)(1)(A)(ii) and Order of this Court [Doc. 55], hereby stipulate to the dismissal of this

cause with prejudice. Plaintiff UNITED STATES OF AMERICA and Defendant CITY OF

JACKSONVILLE, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) and Order of this Court [Doc. 55], hereby stipulate to the dismissal of this cause with the Court retaining jurisdiction consistent with the terms of the Consent Decree [Doc. 56] and private settlement agreement.

DATED:  July 17, 2017.

Respectfully submitted,

**For Plaintiff, Ability Housing, Inc.:**

*/s/ Allison M. Stocker*

AKERMAN LLP
Thomas O'Neal Ingram, Esq.
Fla. Bar No. 0144241
Allison M. Stocker, Esq.
Fla. Bar No. 0084472
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Fax: (904) 798-3730
thomas.ingram@akerman.com
allison.stocker@akerman.com

*/s/ Edward B. Cole*

COWARD HICKS & SILER, P.A.
Edward Bates Cole, Esq.
Fla. Bar No. 0574511
211 Cashiers School Road
P.O. Box 1918
Cashiers, North Carolina 28717
Telephone: (828) 743-2401
Fax: (828) 743-2403
ecole@cashierslaw.com

**For Plaintiff, Disability Rights Florida:**

*/s/ David A. Boyer*

David A. Boyer, Esq.
Florida Bar No. 0090917
Molly Paris, Esq.
Florida Bar No. 0090486
Curtis Filaroski, Esq.
Florida Bar No. 0111972
1930 Harrison Street, Suite 104
Hollywood, Florida 32202
Phone (850) 488-9071
Fax (850) 488-8640
davidb@disabilityrightsflorida.org
mollyp@disabilityrightsflorida.org
curtisf@disabilityrightsflorida.org

**For Plaintiff, United States of America:**

W. STEPHEN MULDROW
Acting United States Attorney
Middle District of Florida

*/s/ Yohance A.  Pettis*
YOHANCE A. PETTIS
Fla. Bar No. 021216
Assistant United States Attorney
United States Attorney's Office
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Phone: (813) 274-6000
Fax: (813) 274-6198
Yohance.Pettis@usdoj.gov

T.E. WHEELER, II
Acting Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief

*/s/ Abigail B. Marshak*
MICHAEL S. MAURER
Deputy Chief
ABIGAIL B. MARSHAK
NY Reg. No. 5350053
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW – G St.
Washington, DC 20530
Phone: (202) 514-1968
Fax: (202) 514-1116
Abigail.Marshak@usdoj.gov

**For Defendant, City of Jacksonville**

OFFICE OF GENERAL COUNSEL

*/s/ Jason R. Teal*
**JASON R. TEAL**
**DEPUTY GENERAL COUNSEL**
Florida Bar No.:  157198
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone:  (904) 630-1700
Facsimile:  (904) 630-1316
jteal@coj.net