**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ABILITY HOUSING, INC.,
a Florida not-for-profit corporation,

        Plaintiff,

v.                                                      Case No. 3:15-cv-1380-J-32PDB

CITY OF JACKSONVILLE,
a Florida municipal corporation,

        Defendant.
_____

DISABILITY RIGHTS FLORIDA, INC.,
on behalf of its clients and constituents,

        Plaintiff,

v.                                                      Case No. 3:15-cv-1411-J-32PDB

CITY OF JACKSONVILLE,
a Florida municipal corporation,

        Defendant.
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No. 3:16-cv-1563-J-32PDB

CITY OF JACKSONVILLE, FLORIDA,

        Defendant.
_____

**ORDER**

These consolidated cases are before the Court on the parties' Joint Stipulation of Dismissal (Doc. 57).[1]   In accordance with the Joint Stipulation (Doc. 57), the parties' Consent Decree (Doc. 56) and attachments thereto, and the Court's Order approving the Consent Decree (Doc. 55), it is hereby

**ORDERED**:

1.   The case of Ability Housing, Inc. v. City of Jacksonville, Case No. 3:15-cv-1380-J-32PDB is **DISMISSED WITH PREJUDICE**.

2.   The case of Disability Rights Florida, Inc. v. City of Jacksonville, Case No. 3:15-cv-1411-J-32PDB is **DISMISSED WITH PREJUDICE**.

3.   The case of United States of America v. City of Jacksonville, Florida, Case No. 3:16-cv-1563-J-32PDB is **DISMISSED** but the Court retains jurisdiction consistent with the terms of the Consent Decree (Doc. 56) and attachments thereto.

4.   These files are closed and shall remain so, except the case of United States v. City of Jacksonville, Florida, Case No. 3:16-cv-1563-J-32PDB may be reopened for an enforcement action consistent with the terms of the Consent Decree (Doc. 56) and attachments thereto.

---

[1] Although these cases were consolidated with Ability Housing v. City of Jacksonville, Case No. 3:15-cv-1380-J-32PDB, being the lead case, the Court is also filing this Order in the other two cases to provide finality.  Doc. #'s refer to the docket in 3:15-cv-1380.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of July, 2017.

```
TIMOTHY J. CORRIGAN
United States District Judge
```

s.
Copies:

counsel of record